David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
J. Grace Felipe (CA SBN 190893)
felipeg@cmtlaw.com
**CARLSON & MESSER LLP**
5901 West Century Boulevard, Suite 1200
Los Angeles, California 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

Attorneys for Defendant,
INTERNATIONAL COMPUTER SYSTEMS, INC.
dba First Collection Services

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### Western Division

| | |
|---|---|
| Artis Cash, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>First Collection Services and John Does 1-25,<br><br>Defendant. | CASE NO. 2:19-cv-09416-SVW-E<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that the entire action between Plaintiff ARTIS CASH (Plaintiff) and Defendant INTERNATIONAL COMPUTER SYSTEMS, INC. dba First Collection Services (Defendant) has been settled. Plaintiff and Defendant (collectively, the Parties) anticipate that they will complete the settlement and file a Stipulation for Dismissal within 45 days from the date of this Notice.

///

///

{00133213;1}

1

NOTICE OF SETTLEMENT
CASE NO. 2:19-cv-09416-SVW-E

An Initial Status Conference has been set for May 11, 2020 at 3:00 P.M. (ECF No. 19)  In light of the settlement, the Parties respectfully request that the Court vacate the Initial Status Conference, all future hearing dates and deadlines in this case.

                                              Respectfully submitted

DATED: April 8, 2020                **LAW OFFICES OF JONATHAN A. STIEGLITZ**

                                        By: /s/ Jonathan A. Stieglitz
                                                Jonathan A. Stieglitz
                                                Attorney for Plaintiff
                                                ARTIS CASH, individually and on behalf of all others similarly situated

DATED: April 8, 2020                **CARLSON & MESSER LLP**

                                        By:   s/J. Grace Felipe
                                                      David J. Kaminski
                                                        J. Grace Felipe
                                                        Attorneys for Defendant
                                                         INTERNATIONAL COMPUTER SYSTEMS, INC. dba First Collection Services

## ATTESTATION AND CERTIFICATE OF SERVICE

I, J. Grace Felipe, am the ECF user whose identification and password are being used to file the Notice of Settlement. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Notice of Settlement provided their authority and concurrence to file that document.

DATED: April 8, 2020　　　　　　　　　**CARLSON & MESSER LLP**

　　　　　　　　　　　　　　　　　　　s/J. Grace Felipe
　　　　　　　　　　　　　　　　　　　J. Grace Felipe