# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
### Western Division

| | |
|---|---|
| Artis Cash, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>First Collection Services and John Does 1-25,<br><br>　　　　　　　Defendant. | CASE NO. 2:19-cv-09416-SVW-E<br><br>**ORDER TO DISMISS** |

　　　IT IS HEREBY ORDERED that pursuant to the Stipulation to Dismiss of the Parties, that the individual action of Plaintiff ARTIS CASH be dismissed with prejudice, and that the putative class claims asserted in the Complaint be dismissed without prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(1).

　　　Each party shall bear their own costs and attorneys' fees.

Dated: June 5, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Judge Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　Honorable Judge of the District Court